UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Plaintiff

Raymond Engle
54 Bierce Avenue Case No.
Dayton, Ohio 45403

Vs

Defendant(s)

UHaul
White 2007; Ford Econoline E450;
2015 License AD32781 Arizona; Vehicle
Identification IFDXE45SX7SXDA77460
2727 N Central Ave, Phoenix, AZ 85004

Eskenazi Health
720 Eskenazi Avenue
Indianapolis, Indiana 46202-2879

Day Air Insurance LLC
1 Hartfield Blvd. Ste. 301
East Windsor Ct. 06088-9582

Safeco Insurance Company of Illinois
Sr. Inside Claims Rep
Suzanne Thomas, AINS, AIC
310 E 96th St.
Indianapolis, Indiana 46240

Safeco Insurance Company of Illinois
Sr. Casualty Specialist
Peter Brown
P.O. Box 515097
Los Angeles, California 90051

Dayton VAMC
4100 West Third Street
Mail Stop 136
Dayton, Ohio 45428
C/O Office of Regional Counsel

WALTER HERBERT RICE
3:16 CV 27
SHARON L. OVINGTON

441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

COMPLAINT

SUBJECT MATTER JURISDICTION

Fourth, Fifth, and Sixth Amendments of the United States Constitution; Article III §§ 1 and 2 of the United States Constitution; Title 28 U.S.C. § 1331; and, Road Traffic Act.

JURY REQUEST

Complainant does request a jury trial in this matter.

STATEMENT OF CLAIM

On or about January 28, 2014, Plaintiff entered into a contract with Day Air Insurance LLC for the purpose of protecting the personal property of said Plaintiff in the nature of a 2001 Toyota Celica GT; vehicle identification number JTDDR32T610103733; Full coverage on said property plus $50,000 in medical expenses. Said Defendant, Day Air Insurance LLC, violated said contract; Policy Number X5752488, via delaying, antagonizing, and humiliating the Plaintiff and forced Plaintiff to seek insurance with USSA, 9800 Fredericksburg Road, San Antonio, Texas 78288 due to said agents' coercion Plaintiff to tolerate a lack of respect, diligence, and due process that left said Plaintiff feeling extreme anxiety..

1. On or about January 17, 2015, Plaintiff was involved in an auto accident where a UHaul, White 2007; Ford Econoline E450;2015 License

AD32781 Arizona; Vehicle Identification IFDXE45SX7SXDA77460 crossed the center line and hit the Plaintiff in the Driver's side front finder; rolled over the hood and top of said vehicle; slide off the top of said vehicle and down the side of Plaintiff's 2001 Toyota Celica CT just behind the Driver's side door; totally destroying Plaintiff's personal property; and, severely injuring the Plaintiff.

2. The laceration on the left front of my forehead or skull produced a knot approximately the size of my plum and protruded an inch or more. The pain endured was severe for 3 or more weeks that has left a permanent scare. The restriction of movement of my head to the right appears to be permanent. There is a four digit code I can not remember today and had to change my pass word on USA Jobs because of the damage to my short term memory.

3. My left ear also has a permanent scare that remains tender today. My neck today still has pain that is on the right side that runs down my right shoulder into my elbow.

4. My spine continues to hurt and makes it difficult to walk, sit, or lay on my left side. The majority of the pain begins at the bottom of the shoulder blades and runs down my spine. This pain is everyday and rates a five or six.

5. My left hip hurts at about a three.

6. My left testicle was severely bruised to the point that sitting down was only accomplished with the utmost care.

7. My left knee hurt for approximately a month and is tender, but acceptable.

8. My left ankle is more or less a reiteration of my knee.

9. It is my head, back, and testicle that concern me the most; they appear to be lingering pain that persists daily. At my left temple that pain appears suddenly, sharp, and attention grabbing that last for a few seconds and dissipates. The spine reminds me everyday that the problem is severe and in need of treatment. The testicle is still passing blood, and fear losing said testicle.

10. On January 17, 2015, Plaintiff was transported to Eskenazi Health, 720 Eskenazi Avenue, Indianapolis, Indiana 46202 where Plaintiff received treatment for Head or Brain; lacerations to left forehead to the point of permanent scarring, hair lost, and sever head aches; laceration to the left ear lobe to the point of permanent scarring; periodic left and right arm numbness; permanent back pain; permanent damage to Plaintiff's left testicle to the point that Plaintiff is still passing blood; and fears losing said left testicle; periodic left and right leg numbness; and, left ankle still forces Plaintiff to walk with a permanent slight limp.

11. The Defendant, Eskenazi Health, told this Plaintiff that the Veterans Affairs refused to pay for Plaintiff's treatment and turned said bill over to a

collection agency until Corey Cullnane and Plaintiff talked of pending litigation; relaying Plaintiff's counsel's information Mr. Corey Cullnane did help said harassment cease to torment Plaintiff's every move. Plaintiff has been relieved of such annoyance; but, still fears the pending bill that has not been satisfied to the Plaintiff's knowledge.

12. Furthermore, Defendant, Eskenazi Health, took Plaintiff to radiology during semi-conscienceless while Plaintiff was still wearing his metal dentures.

13. Suzanne Thomas, AINS, AIC, Sr. Inside Claims Rep, Safeco Insurance Company of Illinois, viciously and maliciously snickered and/or laugh at Plaintiff's demise and refused to settle this matter in a respectful manner.

14. Plaintiff has been dealing with Veterans Hospital, 4100 West Third Street, since January 17, 2015. Defendants' are maliciously denying Plaintiff treatment via delaying said treatment, cascaded failures, forcing Plaintiff to sit in the emergency room for more than (3) three hours, forcing Plaintiff to stand in the hallway crying from pain; and, as of today's date Plaintiff is still dealing with HealthNet an outside source to obtain treatment in the manner of a neurologist and chiropractor. Furthermore, Plaintiff had to go to Good Samaritan Hospital to receive treatment.

15. Defendant, Veterans Hospital, after telling the Defendant that Plaintiff could not think because of his pain being a (10) ten took the Plaintiff to radiology with Plaintiff's dentures in his mouth which are metal.

16. Plaintiff was forced to go to Good Samaritan Hospital to obtain pain medication for his pain because of the Dayton Veterans Hospital refused to accommodate Plaintiff's medical emergency.

OTHER CASES

1. Raymond Engle v. Ted Strickland, 07-10541.
2. Raymond Engle v. Michael Columbus, 08-6937
3. Raymond Engle v. Mary Wiseman, 13-3260

PRAY FOR RELIEF

Complainant seeks declaratory, injunctive, punitive, and compensatory relief and/or damages from Respondent: UHaul in the amount of $12,000,000.00.

Complainant seeks declaratory, injunctive, punitive, and compensatory relief and/or damages from Respondent: Eskenazi Health in the amount of alleged bill and assist veterans Hospital in the cost of replacing Plaintiff's teeth.

Complainant seeks declaratory, injunctive, punitive, and compensatory relief and/or damages from Respondent: Veterans Hospital in the amount of assisting Eskenazi Health in the cost of replacing Plaintiff's teeth. To cease and desist in the denial of Plaintiff's medical treatment; and, let the jury decide if said Defendant should pay for their actions.

Complainant seeks declaratory, injunctive, punitive, and compensatory relief and/or damages from Respondent: Day Air Insurance LLC in the amount of $12,000,000.00.

Complainant seeks declaratory, injunctive, punitive, and compensatory relief and/or damages from Respondent: Safeco Insurance Company of Illinois,

Sr. Inside Claims Rep., Suzanne Thomas, AINS, AIC personally and in her departmental capacity in the amount of $12,000,000.00.

Complainant seeks declaratory, injunctive, punitive, and compensatory relief and/or damages from Respondent: Safeco Insurance Company of Illinois,
Sr. Casualty Specialist,
Peter Brown personally and in his departmental capacity in the amount of $12,000,000.00.

AFFIRMATION

Complainant, Raymond Engle, pursuant to 28 U.S.C. § 1746 affirms under the pains and penalties of perjury that the forgoing is true and correct to best of his knowledge, beliefs, and/or ability.

Executed on: 1-19-16

Raymond Engle

Raymond Engle

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Plaintiff

Raymond Engle
54 Bierce Avenue Case No.
Dayton, Ohio 45403

Vs

Defendant(s)

UHaul
White 2007; Ford Econoline E450;
2015 License AD32781 Arizona; Vehicle
Identification IFDXE45SX7SXDA77460
2727 N Central Ave, Phoenix, AZ 85004, et al.

DISCOVERY

Comes now the Complainant, Raymond Engle, and request the Respondents to comply fully and completely with the requested discovery pursuant to Ohio Civil Rules of Procedure, Rule 26, at el; S.D. Civ.R.26.1; and Fed.R.Civ.P.34; for the following documents, but not limited too said documents in the spirit of ongoing discovery.

Any and all phone calls between Respondents and Complainant from January 17, 2015 to present date.

Any and all records pertaining to Vehicle Identification IFDXE45SX7SXDA77460.

Any and all records of discipline for Suzanne Thomas, AINS, AIC and Peter Brown.

[signature]
Raymond Engle