IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAYMOND ENGLE, :

     Plaintiff,

  v. : Case No. 3:16-cv-27

UHAUL, *et al.*, JUDGE WALTER H. RICE

     Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATIONS (DOC. #5); DISMISSING WITHOUT PREJUDICE ALL CLAIMS AGAINST THE VETERANS AFFAIRS MEDICAL CENTER AND UHAUL

---

     Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his Amended Report and Recommendations, dated February 25, 2016, Doc. #5, as well as on a thorough, *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

     Accordingly, Plaintiff's claims against the Veterans Affairs Medical Center and UHaul are DISMISSED WITHOUT PREJUDICE. All other claims against the remaining Defendants remain pending.

Date: March 16, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE